Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 6, 1960

No. 64945.—R. C. Williams & Co., Inc. *v.* United States, protest 946808–G (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 64946.—Dinco Distributors, Inc. *v.* United States, protest 60/4021 (New York).

Opinion by JOHNSON, J. The protest was dismissed.

No. 64947.—Antique Import Co. *v.* United States, protest 60/4022 (New York).

Opinion by JOHNSON, J. The protest was dismissed.

No. 64948.—Antique Import Co. *v.* United States, protest 60/4023 (New York).

Opinion by JOHNSON, J. The protest was dismissed.

No. 64949.—Wm. Turino Co., Inc. *v.* United States, protest 60/2491 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 64950.—Aut Customs Brokers, Inc. *v.* United States, protest 60/2546 (New York).

Opinion by JOHNSON, J. Since the protest was filed prior to liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.